UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OTTO ARCHIVE, LLC,**

      **Plaintiff,**

v.                                          Case No: 6:24-cv-697-PGB-LHP

**EDSTONE, INC.,**

      **Defendant.**

_____/

### ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Order of April 15, 2024 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

Therefore, it is **ORDERED** that Defendant shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on June 13, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record