UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OTTO ARCHIVE, LLC,**

      **Plaintiff,**

v.                                  Case No: 6:24-cv-697-PGB-LHP

**EDSTONE, INC.,**

      **Defendant.**

_____/

### ORDER TO SHOW CAUSE

This case is before the Court upon review of the file. The parties have failed to file a Case Management Report within the time required by Local Rule 3.02(b). The parties are hereby **DIRECTED** to file a written response within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02(b). Failure to respond to this Order may result in a dismissal of this action or the imposition of other appropriate sanctions without further notice from the Court.

**DONE AND ORDERED** in Orlando, Florida on July 10, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record