IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:24-cv-00697

OTTO ARCHIVE, LLC,

    Plaintiff,

v.

EDSTONE, INC.,

    Defendant.

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Otto Archive, LLC ("Plaintiff") hereby files this response to the Court's August 15, 2024, Order to Show Cause [D.E. 24], and states as follows:

1.    The Order to Show Cause requires Plaintiff to show cause for failure to comply with the Court's Order of July 25, 2024, [D.E. 22] directing Plaintiff to "contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date."

2.    Plaintiff apologizes for not filing the notice with the Court as there was some back and forth between the Parties regarding mediation and Plaintiff missed the deadline.

3.    The Parties are happy to report they have reached a settlement in principle. The Parties will file a separate Notice of Settlement.

4.    Therefore, Plaintiff respectfully requests that the Court discharge the

Order to Show Cause and not dismiss this action.

    Respectfully submitted on August 21, 2024.

> COPYCAT LEGAL PLLC
> 3111 N. University Drive
> Suite 301
> Coral Springs, FL 33065
> Telephone: (877) 437-6228
> meghan@copycatlegal.com
> dan@copycatlegal.com
>
> *Attorneys for Plaintiff*
>
> By: /s/ Meghan A. Medacier
>     Meghan A. Medacier, Esq.
>     Florida Bar No.: 1035608
>     Daniel DeSouza, Esq.
>     Florida Bar No.: 19291

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

> /s/ Meghan A. Medacier
> Meghan A. Medacier