## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**OTTO ARCHIVE, LLC** and
**GLENN J. WALDMAN,**

      **Plaintiffs,**

v.                                                                       Case No: 6:24-cv-697-PGB-LHP

**EDSTONE, INC.,**

      **Defendant.**
_____/

## ORDER

    The Court has been advised that the above-styled action has been settled. (Doc. 26). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

    **DONE AND ORDERED** in Orlando, Florida on August 27, 2024.

Case 6:24-cv-00697-PGB-LHP   Document 27   Filed 08/27/24   Page 2 of 2 PageID 114

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2